IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LEO FULLER, | * |
|     Petitioner | * |
| vs. | * |
| |   CASE NO. 4:09-CV-54 (CDL) |
| WILLIAM M. TERRY, | * |
|     Respondent | * |

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on March 2, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

The Court also adopts the Magistrate Judge's recommendation that a Certificate of Appealability is not appropriate.

IT IS SO ORDERED, this 14th day of April, 2011.

                                           s/Clay D. Land
                                           CLAY D. LAND
                                           UNITED STATES DISTRICT JUDGE